# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONA MILLER, | No. 4:18-CV-02012 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| ANDREW SAUL,[1] *Commissioner of Social Security*, | |
| Defendant. | |

## ORDER

**MARCH 31, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (Doc. 12) is **REJECTED**;

2. The Commissioner's decision is **VACATED**, and this matter is **REMANDED** for further proceedings consistent with the accompanying Memorandum Opinion;

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Andrew Saul, as the successor officer to Nancy Berryhill, Acting Commissioner of Social Security, is automatically substituted as Defendant in this action.

3. Final Judgment is entered in favor of Plaintiff and against Defendant pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge